**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-7954**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KELVIN ANDRE SPOTTS,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (CR-98-47; CA-00-647-3)

Submitted:  April 14, 2004          Decided:  May 25, 2004

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kelvin Andre Spotts, Appellant Pro Se.  Ray McVeigh Shepard, Special Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kelvin Andre Spotts seeks to appeal the district court's order denying a certificate of appealability in his motion filed pursuant to 28 U.S.C. § 2255 (2000). This Court previously denied Spotts a certificate of appealability in his appeal of the district court's order adopting the magistrate judge's recommendation to dismiss Spotts' § 2255 motion. United States v. Spotts, No. 03-7794 (4th Cir. Feb. 25, 2004). We therefore dismiss Spotts' present appeal as moot.

Spotts filed motions seeking transcripts of the grand jury proceedings, a request previously denied by this Court in No. 03-7794 and in case No. 04-6256. He also seeks consolidation of this case with No. 03-7794, a case decided as noted above. We dismiss these motions and Spotts' motions for a stay of proceedings and to expedite proceedings as moot. We deny Spotts' motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED